|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| ZION ISAIAH WILKERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>N. RAMIREZ,<br><br>    Defendant. | No. 1:24-cv-00782-SAB (PC)<br><br>ORDER VACATING DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND DIRECTING DISPOSITIONAL DOCUMENTS DUE WITHIN THIRTY DAYS<br><br>(ECF No. 13) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On July 22, 2024, the Court ordered service of the complaint on Defendant Ramirez. (ECF No. 8.) On August 20, 2024, Defendant filed a waiver of service of the summons and complaint. (ECF No. 11.)

On September 18, 2024, Defendant submitted a notice indicating that on September 5, 2024, the parties agreed to settle this action and the necessary settlement documents, including a stipulation for voluntary dismissal the following day. (ECF No. 13.) Defendant therefore requests the Court vacate all deadlines in light of the parties' settlement and submits that the dispositional documents will be promptly filed upon receipt from Plaintiff. (Id.)

///

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. Dispositional documents shall be filed within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated: **September 19, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

2